Angela A. Bello
Nye County District Attorney
Nevada Bar No. 7275
Marla Zlotek
Chief Deputy District Attorney
Nevada Bar No. 4803
P.O. Box 39
Pahrump, Nevada 89041
Telephone: (775) 751-7080
Facsimile: (775) 751-4229
email: abello@co.nye.nv.us
       mzlotek@co.nye.nv.us

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CONCERNED CITIZENS FOR A SAFE COMMUNITY, an Association and DONNA COX, an Individual, | Case No.: 2:08-cv-01763-KJD-LRL |
| Plaintiffs, | [Proposed]<br>**ORDER RENEWING JUDGMENT** |
| v. | |
| NYE COUNTY and CORRECTIONS CORPORATION OF AMERICA, INC., | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

That Judgment against Plaintiffs, Concerned Citizens for a Safe Community, an Association and Donna Cox, an Individual, originally entered on or about September 30, 2009 and Bill of Costs in the amount of $3,098.65 for Nye County as originally entered on or about November 5, 2009, and included in the judgment entered on or about September 30, 2009, and renewed on July 16, 2015 by and through the filing of Defendant Nye County's Affidavit of

1

1  Renewal of Judgment in favor of Defendant, Nye County against Plaintiffs Concerned Citizens
2  for a Safe Community, an Association and Donna Cox, an Individual in the amount of
3  $2,065.77 is hereby RENEWED.
4      Said Renewal shall have the same effect as the original Judgment.
5      This order is to be entered Nunc Pro Tunc, effective as of July 16, 2015, the date of the
6  filing of the Affidavit of Renewal of Judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

NYE COUNTY DISTRICT ATTORNEY
P.O. BOX 39
PAHRUMP, NEVADA 89041
(775) 751-7080